**TRU–FIRE CORPORATION,**
**Plaintiff–Appellant,**

v.

**TOMORROW'S RESOURCES UNLIMITED, INC., Defendant–Appellee.**

**No. 03–1124.**

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36